**U.S. DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NUCOR STEEL–ARKANSAS,<br><br>and<br><br>NUCOR–YAMATO STEEL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GINA MCCARTHY, in her Official Capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Defendant. | Civ. Case No. 14-CV-0199 |

## COMPLAINT

## INTRODUCTION

1. Plaintiffs, Nucor Steel-Arkansas ("NSA") and Nucor-Yamato Steel Company ("NYS"), collectively "Nucor", bring this citizen suit pursuant to Clean Air Act § 304(a)(2), 42 U.S.C. § 7604(a)(2), to compel Defendant, Gina McCarthy, in her official capacity as Administrator of the U.S. Environmental Protection Agency ("Administrator"), to perform a non-discretionary duty to grant or deny Nucor's petition for an objection ("Petition") to Title V Operating Permit (No. 2305-AOP-R0) issued to Big River Steel, LLC ("BRS") by the Arkansas Department of Environmental Quality ("ADEQ") on July 25, 2013 for a steel manufacturing facility in Osceola, Arkansas.

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to Clean Air Act § 304(a)(2), 42 U.S.C. § 7604(a)(2) ("[t]he district courts have jurisdiction … to order the Administrator to perform such act or duty"). This Court also has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 2201 (declaratory judgment).

3. Venue in this Court is proper under 28 U.S.C. § 1391(e) because EPA's headquarters is located in this judicial district.

## PARTIES

4. NSA operates a steel mill located at 7301 East County Road 142, near Blytheville, in Mississippi County, Arkansas. NSA operates its mill pursuant to ADEQ Operating Air Permit No. 1139-AOP-R17, as well as other permits issued by ADEQ. NSA's mill has been subject to review under the Prevention of Significant Deterioration ("PSD") provisions of the Clean Air Act and APC&EC Reg. 19, Chapter 9. NSA's air permit is issued pursuant to the Part 70 Operating Permit regulations of the Clean Air Act, and APC&EC Reg. 26.

5. NYS operates a steel mill located at 5929 East Highway 18, near Blytheville, in Mississippi County, Arkansas. NYS operates its mill pursuant to ADEQ Operating Air Permit No. 0883-AOP-R9, as well as other permits issued by ADEQ. NYS's mill has been subject to review under the PSD provisions of the Clean Air Act and APC&EC Reg. 19, Chapter 9. NYS's air permit is issued pursuant to the Part 70 Operating Permit regulations of the Clean Air Act, and APC&EC Reg. 26.

6. The NSA and NYS mills both are located in the same Clean Air Act Air Quality Control Region as the BRS facility, i.e., AQRC 20, the Northeast Arkansas Intrastate Air Quality

Control Region. *See* 40 C.F.R. §81.139. The NSA and NYS mills are located in the same county and approximately 20 miles northeast of the site of the proposed BRS facility. Numerous businesses that support the NSA and NYS mills also are located in the Northeast Arkansas Intrastate Air Quality Control Region and in Mississippi County, and operate under air permits issued by ADEQ. Consequently, both NSA and NYS have an interest in air quality in Mississippi County, Arkansas and in the Northeast Arkansas Intrastate Air Quality Control Region and in permits issued by ADEQ that may affect such air quality.

7. Defendant, Gina McCarthy, is the Administrator of the EPA and is responsible for directing the activities of the agency and implementing the requirements of the Clean Air Act. Specifically, the Clean Air Act requires the Administrator to respond to petitions such as the one Nucor filed, under Clean Air Act § 505(b)(2), 42 U.S.C. § 7661d(b)(2).

8. The Administrator's delay in granting or denying the Petition to BRS's permit injures Nucor. An objection by the Administrator would lessen the permitted amount of air pollutants allowed from BRS's steel manufacturing facility, reducing air pollution that threatens Nucor.

9. The Administrator's failure to grant or deny Nucor's Petition also injures Nucor because it denies Nucor a response to the Petition that the Clean Air Act entitles Nucor to receive.

10. Nucor's injuries are fairly traceable to the Administrator's failure to perform its non-discretionary duty with respect to Nucor's Petition and are redressable by this Court.

**NOTICE**

11. Nucor provided notice of their intent to file this lawsuit in a Notice of Intent to File Suit to the Administrator on December 12, 2013. A true and accurate copy of the Notice of

Intent is attached as Exhibit A. The notice complies with Clean Air Act § 304(b)(2), 42 U.S.C. 7604(b)(2), and 40 CFR pt. 54.

12. More than sixty days have passed since Nucor provided notice of intent to file this suit to the Administrator.

**FACTS**

13. On June 25, 2013, ADEQ issued Title V Operating permit (No. 2305-AOP-R0) to BRS for a steel manufacturing facility in Osceola, Arkansas.

14. On October 9, 2013, Nucor timely petitioned the Administrator to object the permit, and the Administrator timely received the Petition via hand delivery on October 10, 2013.

15. Nucor based its Petition on objections raised with reasonable specificity during the public comment period provided by ADEQ on the permit.

16. As of February 12, 2013, the Administrator has yet to grant or deny Nucor's Petition as required by the Clean Air Act, 42 U.S.C. 7661 d(b).

**CAUSE OF ACTION**

17. Clean Air Act § 505(b)(2), 42 U.S.C. § 7661(b)(2) provides: "[i]f the Administrator does not object in writing to the issuance of a permit … any person may petition the Administrator to [object] … The Administrator shall grant or deny such petition within 60 days after the petition is filed."

18. The 60-day deadline for the Administrator to grant or deny Nucor's Petition expired on December 10, 2013.

19. The Administrator's duty to grant or deny Nucor's petition within 60 days is not discretionary.

20. The Administrator has neither granted nor denied Nucor's Petition. The Administrator's failure to perform her non-discretionary duty to grant or deny Nucor's Petition is ongoing and will continue until enjoined and restrained by this Court.

21. The Clean Air Act provides Nucor with a cause of action to compel the Administrator to discharge her non-discretionary duty to grant or deny Nucor's Petition under Section 304(a)(2), 42 U.S.C. § 7604(a)(2).

**PRAYER FOR RELIEF**

WHEREFORE, Nucor respectfully pray that this Court:

A. Declare that the Administrator's failure to grant or deny Nucor's Petition within sixty (60) days is a violation of Clean Air Act § 505(b), 42 U.S.C. 7661d(b);

B. Order the Administrator to grant or deny Nucor's Petition within thirty (30) calendar days of this Court's ruling;

C. Award Nucor the costs of this litigation including reasonable attorney's fees, as allowed under Clean Air Act § 304(d), 42 U.S.C. § 7604(d).

D. Retain jurisdiction over this action to ensure compliance with this Court's Order.

E. Grant such other relief as the Court deems just and proper.

**[Signature on following page.]**

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: /s/ David R. Taggart
DAVID R. TAGGART, T.A.
DC Bar No. TX0114

401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Tel.: 318-227-1131
Fax: 318-227-1141

- - Attorneys for Nucor Steel-Arkansas and Nucor-Yamato Steel Company

**PLEASE SERVE**

GINA MCCARTHY, in her Official Capacity as
Administrator, U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, NW, Mail Code 6101 A
Washington, D.C. 20460

ERIC HOLDER, United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

RONALD C. MACHEN, JR., United States Attorney
Office of the United States of Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530