UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUCOR STEEL–ARKANSAS, and<br>NUCOR–YAMATO STEEL COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT PRUITT, in his Official Capacity<br>as Administrator, U.S. Environmental<br>Protection Agency,<br><br>    Defendant. | )<br>)<br>)<br>)  Civ. Case No. 14-CV-0199-KBJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant in this matter stipulate and agree that this action should be dismissed with prejudice. All parties shall bear their own costs and fees.

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: /s/ *David R. Taggart*
DAVID R. TAGGART, T.A.
DC Bar No. TX0114
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Tel.: 318-227-1131
Fax: 318-227-1141

*Attorney for Nucor Steel-Arkansas and Nucor-Yamato Steel Company*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ *Eileen T. McDonough*
United States Department of Justice

Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
eileen.mcdonough@usdoj.gov
(202) 514-3126

*Attorneys for the United States Environmental protection Agency*